1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                           EASTERN DISTRICT OF CALIFORNIA

9
WALTER R. MARTIN,                          )        1:09cv0249 DLB
10                                         )
                        Plaintiff,         )        ORDER GRANTING
11                                         )        EXTENSION OF TIME
                                           )
12                                         )        (Document 12)
        vs.                                )
13                                         )
MICHAEL J. ASTRUE, Commissioner,           )
14                                         )
                                           )
15                     Defendant.          )
_____)
16
        On October 27, 2009, the parties filed a stipulation and proposed order to allow Defendant an
17
extension of time to file a response to Plaintiff's opening brief.  The parties' request is GRANTED.
18
Defendant's response to Plaintiff's opening brief SHALL be filed on or before November 20, 2009.
19

20
        IT IS SO ORDERED.
21
        **Dated:    October 28, 2009**              _____/s/ **Dennis L. Beck**_____
22                                                  UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28
                                                1