IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER MARTIN, ) | 1:09cv0249 DLB |
| ) | |
| ) | ORDER GRANTING STIPULATION TO REMAND ACTION PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| Plaintiff, ) | |
| ) | (Document 14) |
| vs. ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| ) | |
| Defendant. ) | |

On November 9, 2009, the parties filed a stipulation to remand this action pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and issue a new decision.

On remand, the Office of Disability Adjudication and Review will instruct the Administrative Law Judge ("ALJ") to further develop the record, as reasonably possible, properly consider the augmented record, and make a determination as to Plaintiff's residual functional capacity on his date last insured of December 31, 2007 (DLI). In so doing, the ALJ will ask a medical expert to review the record and will obtain from the medical expert a function-by-function assessment as to Plaintiff's residual functional capacity on and before his DLI.

1

1     Accordingly, the parties' stipulation is GRANTED and this action is REMANDED for further
2 proceedings.
3     The Clerk of the Court is DIRECTED to enter judgment in favor of Plaintiff, Walter Martin,
4 and against Defendant, Michael J. Astrue.

6   IT IS SO ORDERED.
7   **Dated:**   **November 10, 2009**            /s/ Dennis L. Beck
                                                  UNITED STATES MAGISTRATE JUDGE